# FILED

03/23/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0071



**IN THE SUPREME COURT OF THE STATE OF MONTANA**
**THE OFFICE OF THE CLERK OF SUPREME COURT**
**HELENA, MONTANA 59620-3003**

Supreme Court No.
DA 20-0071

FILED

MAR 23 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

DANIEL G. DEBUFF and SANDRA L. DEBUFF,

        Petitioners and Appellees,

    v.

**GRANT OF EXTENSION**

MONTANA DEPARTMENT OF NATURAL RESOURCES AND CONSERVATION, an agency of the State of Montana,

        Respondent and Appellant.

    Pursuant to authority granted under M. R. App.P. 26(1), Appellant is given an extension of time until May 6, 2020, to prepare, file, and serve the opening brief.

DATED this March 23, 2020

 

Bowen Greenwood
Clerk of the Supreme Court

c:    John E. Bloomquist, Brian C. Bramblett, Barbara L Chillcott

PO BOX 203003 • HELENA MT • 59620-3003 • TELEPHONE: (406) 444-3858 • FAX: (406) 444-5705